IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAURICE L. COLEMAN SR., ) | CASE NO. 8:08CV528 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | MEMORANDUM |
| ) | AND ORDER |
| KIMBERLY BUNJER, U.S. Attorney, ) | |
| DOUGLAS COUNTY PROSECUTORS ) | |
| OFFICE, OMAHA POLICE DEPT, ) | |
| ARTHUR (BOBBY) BRUMFIELD, ) | |
| Officer, JULIE A. FRANK, Att., Public ) | |
| Defender, and TIM BURNS, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on its own motion. The above-captioned matter was provisionally filed on December 3, 2008. (Filing No. 1.) However, due to certain technical defects, the Complaint cannot be further processed until such defects are corrected. To assure further consideration of the Complaint, Plaintiff must correct the defect listed below. **FAILURE TO CORRECT THE DEFECT MAY RESULT IN DISMISSAL OF THE PETITION.**

Plaintiff has failed to include the $350.00 filing fee. Plaintiff has the choice of either tendering the $350.00 fee to the Clerk of the court or submitting a request to proceed in forma pauperis and an affidavit of poverty in support thereof. If Plaintiff chooses to do the latter, the enclosed pauper's forms should be completed and returned to this court. Plaintiff is cautioned that, if he is permitted to proceed in forma pauperis, he will still be required to pay the entire $350.00 filing fee. However, he will be allowed to pay the filing fee in installments in accordance with 28 U.S.C. § 1915.

IT IS THEREFORE ORDERED that:

1. Plaintiff is directed to correct the above-listed technical defect in the Complaint on or before January 26, 2009;

2. Failure to comply with this Memorandum and Order will result in dismissal of this matter without further notice; and

3. The Clerk of the court is directed to send to Plaintiff the Form AO240, Application to Proceed Without Prepayment of Fees and Affidavit.

DATED this 29th day of December, 2008.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge